AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Stephen Jones
*Petitioner*
v.                                              Civil Action No.     3:15-3020-JMC

Coastal Concrete Southeast II, LLC and Coastal Concrete Holdings II, LLC
*Respondents*

**AMENDED JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one):*

■ the petitioner, Stephen Jones, recover from the respondents, Coastal Concrete Southeast II, LLC, and Coastal Concrete Holdings II, LLC, the amount of Two Hundred Twenty-Three Thousand, Eight Hundred Sixty-Four and 57/100 ($ 223,864.57) Dollars pursuant to 9 U.S.C. § 9.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

❏ other:

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The court having granted the Petitioner's motion to confirm the July 2, 2015 arbitration award.

Date:   January 20, 2016                                                       *CLERK OF COURT*

                                                                                                s/Angie Snipes
                                                                                  *Signature of Clerk or Deputy Clerk*