**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | | |
|---|---|---|
| Stephen Jones, | ) | Civil Action. No. 3:15-cv-03020-JMC |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Coastal Concrete Southeast II, LLC and | ) | |
| Coastal Concrete Holding II, LLC, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

This matter is before the court upon motion of the Plaintiff, through his attorney, Thomas K. Barlow, for an award of attorney's fees and costs associated with this action to confirm an arbitration award pursuant to the Federal Arbitration Act, 9 U.S.C. § 9 (2012). On February 3, 2016, Counsel for the Plaintiff Thomas K. Barlow ("Counsel"), filed a motion for attorney's fees and costs (ECF No. 19) pursuant to Fed. R. Civ. P. 54(d). Respondents were served with the motion on February 3, 2016, but have not filed a response. The motion seeks reimbursement for costs associated with this action in the amount of $530.00 and for attorney's fees in the amount of $1,583.00.

The court has reviewed Counsel's fee petition, and finds Counsel's request for costs and fees reasonable. Therefore, the Petitioner is entitled to an award of costs in the amount of $530.00 and attorney's fees in the amount of $1,583.00.

**IT IS SO ORDERED.**

*J. Michelle Childs*
United States District Judge

March 21, 2016
Columbia, South Carolina